JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYTE GUERRERO AVINA, an individual, and DANIEL ORTIZ-MAGDALENO, an individual,<br><br>  Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No: 2:23-cv-10573-PA-E<br><br>Judge: Hon. Percy Anderson<br><br>Magistrate Judge: Hon. Charles F. Eick<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Plaintiffs Mayte Guerrero Avina and Daniel Ortiz-Magdaleno ("Plaintiffs") accepted Defendant Ford Motor Company's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on June 27, 2024.

   Accordingly, the Court enter JUDGMENT in favor of Plaintiffs in the amount of $67,500.96 pursuant to the terms of the Rule 68 Offer of Judgment.

Dated: July 12, 2024

_____
Percy Anderson
United States District Judge